IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK DOWNEY,
ESTATE OF VIRGINIA DOWNEY,

     Plaintiff,                           Case No.  19-cv-596-wmc

  v.

UNITED STATES and DOJ,

     Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/5/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |